AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
BENNIE ALVIN PARKER

)
)
) Case: 1:21-mj-00228
) Assigned to: Judge Faruqui, Zia M
) Assign Date: 2/12/2021
) Description: COMPLAINT W/ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BENNIE ALVIN PARKER ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☑ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2 - Aiding and Abetting
18 U.S.C. § 371 - Conspiracy
18 U.S.C. § 1361 - Destruction of Government Property
18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. §§ 1752(a)(1) and (2) - Restricted Building or Grounds Access

Date: 02/12/2021

2021.02.12
15:06:10 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

ZIA M. FARUQUI, United States Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |