United States District Court
Southern District of Ohio, Western Division
Clerk of Court
716 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

February 19, 2021

Clerk US District Court
333 Constitution Ave., N.W.
Washington, DC  20001

Re: *USA v Sandra Ruth Parker & Bennie Alvin Parker* - Your Case # 1:21-228

Dear Clerk of Court:

Enclosed please find the case documentation and docket sheet for Rule 5c proceedings held in this district for subject defendant.   Defendant was released on a No Amount OR bond and directed to report back to your Court for an appearance when directed to do so by your Court.

If you have any questions, please do not hesitate to call.

Sincerely,

Clerk, Richard W. Nagel
Southern District of Ohio, Cincinnati

s/Arthur Hill_____
Arthur Hill, Deputy Clerk
(513) 564-7652

Attachments
1:21-mj-161                       * * *     * * * *    * * *

Please copy letter as a return receipt to indicate possession of documents:

Date of receipt: _____   Clerk: _____